```
                                    FILED
                              2007 DEC 26 AM 10:55
                              CLERK US DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA

                            BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MAGISTRATE CASE NO. 07 MJ 2957 |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 8, U.S.C., Section 1324(a)(2)(B)(ii)- |
| ) | Bringing in Illegal Alien(s) for |
| ) | Financial Gain |
| Esther Alicia IBARRA Ochoa ) | |
| ) | |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about December 21, 2007, within the Southern District of California, defendant Esther Alicia IBARRA Ochoa, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Julia Cristina QUEZADA Soto, Adriana FLORES Chavez, minor A.Z.F, Juanita BARRAZA Montes, and minor M.M.B, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states that this complaint is based on the attached Statement of facts, which is incorporated herein by reference.

Izabel Figueroa, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26TH DAY OF DECEMEBER 2007.

Leo S. Papas
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Esther Alicia IBARRA Ochoa

## STATEMENT OF FACTS

I, Customs Border Protection Enforcement Officer Izabel Figueroa, declare under penalty of perjury, the following is true and correct:

On December 21, 2007, at approximately 03:15 P.M., Esther Alicia IBARRA Ochoa arrived at the Calexico, California, East Port of Entry, as the driver of a 1991 Dodge Caravan, and was accompanied by Julia Cristina QUEZADA Soto, Adriana FLORES Chavez, minor A.Z.F, Juanita BARRAZA Montes, and minor M.M.B.

During the primary inspection, IBARRA Ochoa gave a negative Customs declaration to United States Border Protection Officer (CBPO) Jose Ortiz. CBPO Ortiz stated that IBARRA Ochoa presented a Border Crossing card for entry. CBPO Ortiz stated that one passenger presented a Border Crossing Card in which she could not state her date of birth. Suspecting fraud CBPO Ortiz opted to refer the vehicle and all occupants into vehicle secondary for further inspection.

In vehicle secondary CBPO Bosquet inspected the vehicle and discovered that IBARRA Ochoa and all occupants were imposters to documents presented and escorted into secondary office for further inspection. Records show that IBARRA Ochoa is a native and citizen of the Mexico with numerous apprehension for being an imposter and driver of vehicles with imposters.

IBARRA Ochoa was placed under arrest. IBARRA Ochoa was advised of her rights per Miranda. IBARRA Ochoa stated she understood her rights and agreed to answer questions without the presence of an attorney. IBARRA Ochoa stated that she made smuggling arrangements with a man named "Omar". IBARRA Ochoa admitted that "Omar" was going to pay her approximately $100 for each minor and $150 for each adult if successfully crossing the border. IBARRA Ochoa stated that "Omar" provided her with the documents and vehicle to cross. IBARRA Ochoa admitted that she had attempted to smuggle approximately eight or nine time in which she had been successful twice.

UNITED STATES OF AMERICA
v.
Esther Alicia IBARRA Ochoa

Material Witness Julia Cristina QUEZADA Soto stated that she is a citizen and national of Mexico with no legal documents to enter, reside or pass through the United States. QUEZADA Soto stated that her friend had made the smuggling arrangements to have her smuggled into the United States. IBARRA Ochoa picked her up and was in possession of the documents that were used. QUEZADA Soto stated she was going to pay the smugglers approximately $2500 USD to be smuggled into the United States, and that his final destination would have been Houston, Texas.

Material Witness Adriana FLORES Chavez and minor daughter A.Z.F stated that they were citizens and national of Mexico with no legal entry documents to enter, reside or pass through the United Stats. FLORES Chavez stated that she was told of a woman that could smuggle her into the United States illegally. FLORES Chavez stated that two unknown males took her to an unknown place were IBARRA Ochoa picked her and her daughter up. FLORES Chavez stated that she was going to be charged an unknown amount to be smuggled into the United States, and that their final destination would have been Las Vegas, Nevada where she was to seek employment.

Material Witness Juanita BARRAZ Montes and minor daughter M.M.B stated that they were citizens and national of Mexico with no legal entry documents to enter, reside or pass through the United Stats. BARRAZ Montes stated that she was told of women that could smuggle her into the United States illegally. BARRAZ Montes stated that an unknown male picked her up and took her to an unknown place were IBARRA Ochoa picked her and her daughter up. FLORES Chavez stated that her husband was going to be charged an unknown amount for her to be smuggled into the United States, and that their final destination would have been Hollywood, California.

\\

\\

\\

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| Esther Alicia IBARRA Ochoa | |

Material Witness:

| Name | Country of Birth |
|---|---|
| Julia Cristina QUEZADA Solo | MEXICO |
| Adriana FLORES Chavez | MEXICO |
| A.Z.F (minor) | MEXICO |
| Juanita BARRAZ Montes | MEXICO |
| M.M.B (minor) | MEXICO |

Further, the complainant states that she believes said aliens are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on December 21, 2007 at approximately 11:45 P.M.

_____
Izabel Figueroa, CBP
Enforcement Officer

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 21, 2007 in the violation of Title 8, United States Code, § 1324.

_____
HON. Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

12/22/07 - 3:55 pm
Date and Time