**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: carey_gorden@fd.org

Attorneys for Esther Alicia Ibarra-Ochoa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ESTHER ALICIA IBARRA-OCHOA,  )<br>  )<br>       Defendant.  )<br>_____ ) | Case No. 07MJ2957<br><br><br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Linda A. King
laking@N2.net,vbm_5562@yahoo.com

                                        Respectfully submitted,


DATED:      December 28, 2007            /s/ Carey D. Gorden
                                         **CAREY D. GORDEN**
                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Esther Alicia Ibarra-Ochoa