UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>)<br>ESTHER Alicia IBARRA )<br>Defendant(s) OCHOA )<br>) | CRIMINAL NO. 07 MJ 2957<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Julia Cristina Quesada Sota

DATED: 1/4/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR., Clerk
by
    Deputy Clerk

RECEIVED 2008 JAN 4 A 2:57
U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA