# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Esther Alicia Ibarra Ochoa ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 07 Mg 2957 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Juanita Barraza Mates

DATED: 1/4/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
          DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk

RECEIVED 2008 JAN -4 A 2:58 — U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082