UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR71-JM |
| Plaintiff | ) | CRIMINAL NO. 07mj2957 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| ESTHER ALICIA IBARRA-OCHUA | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge, __Leo S. Papas__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

ADRIANA FLORES CHAVEZ

DATED: 1/10/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

J. JARBECK

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082